**ORDERED.**



GAYLE E. MILLS, Chapter 7 Trustee
P.O. Box 36317
Tucson, AZ 85740
(520) 792-1115

**Dated: August 15, 2010**

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
_____

| | |
|---|---|
| In Re: | CHAPTER 7 |
| HEREDIA, BELEN | CASE NO. 4:09-bk-140898TUC EWH |
| Debtor | **ORDER FOR ABANDONMENT OF PROPERTY** |

_____

Upon Notice by the Trustee seeking authorizing to abandon property of the estate, which was filed on July 14, 2010, and duly noticed to creditors and other parties-in-interest, and no timely objections having been filed and good cause appearing,

IT IS ORDERED that the Trustee is hereby authorized and directed to abandon the property described as:

The real property/ residence located at 437 W. 40th St., Tucson, AZ 85713,

and that the Trustee's abandonment of such property is hereby confirmed.

As electronically dated and signed above by:
The Hon. EILEEN W. HOLLOWELL
U.S. BANKRUPTCY JUDGE